**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

| | |
|---|---|
| PLUG POWER INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAZDAK SHOKRIAN<br><br>Defendant. | Case No. 1:26-cv-01277-MAD-PJE |

**DEFENDANT MAZDAK SHOKRIAN NOTICE OF MOTION TO STAY**

TO: The Court and Counsel of Record:

PLEASE TAKE NOTICE that Defendant MAZDAK SHOKRIAN. ("Shokrian" or "Defendant") hereby moves the Court and gives notice pursuant to Rule 65 of the Federal Rules of Civil Procedure to Stay the Preliminary Injunction Pending Appeal and Request for the Issuance of a Bond.

This motion is based on the Memorandum of Law in Support of Defendant's Motion to Stay Preliminary Injunction.

Respectfully Submitted,

*<u>/s/ Gregg M. Rosenberg</u>*
Gregg M. Rosenberg
New York State Bar No.: 5245378
ROSENBERG & ASSOCIATES
3518 Travis Street, Suite 200
Houston. Texas 77002
Telephone No.: (713) 960-8300
Facsimile No.: (713) 621-6670
E-Mail: gregg@rosenberglaw.com
**ATTORNEY FOR DEFENDANT**
**MAZDAK SHOKRIAN**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing instrument has been served on all counsel of record as set out below, on July 30, 2026:

Garrett D. Kennedy
Mallory Biblo
DLA Piper LLP (US)
1251 Avenue of Americas
New York, New York 10020
Garrett.Kennedy@us.dlapiper.com
Mallory.Biblo@us.dlapiper.com
(212) 335-4500

*/s/ Gregg M. Rosenberg*
Gregg M. Rosenberg

.